IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DE'MARKIS JENKINS,           )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:22cv486-MHT
                             )          (WO)
TYLER W. NORMAN, et al.,     )
                             )
     Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant correctional officers at the Kilby Correctional Facility beat him and placed false disciplinary charges on him as part of an effort to cover up their actions.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of May, 2023.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**